# PLEASE RETURN TO CASHIERS IMMEDIATELY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/06
```

---

NEVADA APPAREL CORP.,

            PLAINTIFF

AGAINST

            DEFENDANT

ARCADIA GROUP BRANDS LIMITED,

CIV. NO.: 06 CV 3986 (DC)

ORDER FOR
PLACING FUNDS
INTO CRIS

---

Upon the application of the __Defendant__, by and through their attorneys, __Katten Muchin Rosenman LLP__ and upon the deposit, on __July 17, 2006__, of the sum of $__200,000.00__, with the Clerk of the Court by __Defendant__, said deposit abide the further order of the court in this action, it is hereby;

ORDERED, that the Clerk of the Court, as soon as the business of his office allows, prepare the necessary forms to effectuate the transfer of said funds from the **Registry of the Court of the Southern District of New York**, to the **Registry of the Court of the Southern District of Texas**, for the purpose of placing said funds in the **Court Registry Investment System, Interest Bearing Account**; and it is further

ORDERED, that the Clerk shall deduct from the income earned on the investment a fee not exceeding that authorized by the **Judicial Conference of the United States** and set by the **Director of the Administrative Office** whenever such income becomes available for deduction from the investment so held and without further order of this court.

__Defendant__ shall serve a signed copy of this order on the Clerk of the Court in Room120, and on a Financial Deputy in the Cashier's Office in Room 120.

Dated: 7/25/06

U.S. DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK